UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re:

Dimitri Rozenman,

Debtor.

Case No. 4:16-bk-07235-BMW

Chapter 7

**ORDER APPROVING EMPLOYMENT OF GUTTILLA MURPHY ANDERSON AS COUNSEL FOR CHAPTER 7 TRUSTEE**

The Application to Employ Counsel for Chapter 7 Trustee ("Application") having come before the Court seeking to employ Guttilla Murphy Anderson (the "Firm") as counsel for Trudy A. Nowak, the Chapter 7 Trustee in the above-captioned case ("Trustee"), and there being no objection thereto, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Application and approving the employment of the Firm as counsel to the Trustee pursuant to 11 U.S.C. §327, with payment of compensation or reimbursement of expenses to be made upon appropriate application and after notice of hearing, if required, pursuant to 11 U.S.C. §§ 330(a)(1), 331 and Bankruptcy Rule 2016(a).

**DATED AND SIGNED ABOVE**

2332-001(249754)