**SCHUTT LAW FIRM, P.L.C.**
Kenneth W. Schutt, Jr. /007497
9375 E. Shea Blvd., Ste. 100
Scottsdale, Arizona 85260
(480) 225-7777
(480) 779-1345 (Facsimile)
kenschutt@cox.net
**Attorneys for Debtor**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 4:16-bk-07235- BMW |
| DIMITRI ROZENMAN | In Proceedings Under Chapter 7 |
| Debtor. | **MOTION TO EXCUSE DEBTOR FROM APPEARANCE AT §341 MEETING OF CREDITORS** |

COMES NOW Debtor, by undersigned counsel, and respectfully requests that the Debtor be excused from his appearance at the § 341 Meeting of Creditors currently scheduled for August 9, 2016 at 9:00 a.m. In support hereof, the Debtor states as follows:

1. The Debtor currently is incarcerated at the Santa Rita Unit of the Arizona State Prison System. He is not allowed to leave the prison without a specific court order directed to the Arizona Department of Corrections requiring that the Debtor be transported to the Court for a hearing.

2. The Debtor has been in jail or prison since 2009.

3. On June 9, 2010, a Receiver was appointed by Superior Court Judge Pamela Gates in Maricopa County Superior Court Cause No. FC2008-001839. The Receiver still is in control of all of the business operations of the limited liability company businesses in which Debtor holds membership interests.

4. Debtor is not aware of the day-to-day operations of the businesses. Periodically, he is provided financial information prepared by the Receiver or the accountant for the businesses, Les Seligman of HS Accounting. He is unable to verify the truth or accuracy of any of the financial information of the businesses, as he is not involved in the operations of the businesses.

5. Debtor has no other assets.

Because Debtor is physically unable to attend the §341 Creditor Meeting and because the Receiver, the Receiver's attorney or the accountant are the persons who have the information that will be sought by the Trustee and interested Creditors, the Debtor respectfully requests that he be excused from attending the §341 Creditor's Meeting scheduled for August 9, 2016 at 9:00 a.m.

Dated this 22nd day of July 2016.

**SCHUTT LAW FIRM, P.L.C.**

By: /s/ Kenneth W. Schutt, Jr.
    Kenneth W. Schutt, Jr.
    9375 E. Shea Blvd., Suite 100
    Scottsdale, Arizona 85260
    Attorneys for Plaintiffs

A copy of the foregoing was filed with
the Court Electronic Filing System on
February 2, 2016.

Copy of the foregoing was transmitted
on February 2, 2016 to the following:

| | |
|---|---|
| 1 | Dimitri Rozenman<br>ASPC Tucson, Unit Santa Rita |
| 2 | P.O. Box 24406 |
| 3 | Tucson, AZ 85734<br>Debtor |
| 4 | |
| 5 | Ryan W. Anderson, Esq.  (Email: randerson@gamlaw.com)<br>GUTTILLA MURPHY ANDERSON, P.C. |
| 6 | 5415 E. High St., Suite 200<br>Phoenix, Arizona 85054 |
| 7 | Attorney for Trustee |
| 8 | |
| 9 | Trudy A. Nowak (Email: dkw@tanowak.com)<br>Chapter 7 Trustee |
| 10 | 2001 E. Campbell Ave., Suite 201<br>Phoenix, AZ 85016 |
| 11 | |
| 12 | Office of the United States Trustee<br>230 N. First Ave., Suite 204 |
| 13 | Phoenix, AZ 85003-1706 |
| 14 | By /s/ Kenneth W. Schutt, Jr. |

- 1 -