**Guttilla Murphy Anderson, P.C.**
**Ryan W. Anderson** (Ariz. No. 020974)
**Alisan M. B. Patten** (Ariz. No. 009795)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Email: apatten@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Trudy A. Nowak, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Dimitri Rozenman,<br><br>Debtor. | Case No. 4:16-bk-07235-BMW<br><br>Chapter 7<br><br>**TRUSTEE'S NOTICE OF CONTINUED BANKRUPTCY RULE 2004 EXAMINATION OF KENNETH SCHUTT AND PRODUCTION OF DOCUMENTS** |

PLEASE TAKE NOTICE that Trudy A. Nowak, the Chapter 7 Trustee, has continued the Bankruptcy Rule 2004 examination of Kenneth Schutt which had previously been scheduled for October 20, 2016. Pursuant to the request of Kenneth Schutt, the Bankruptcy Rule 2004 examination of Kenneth Schutt is rescheduled to November 8, 2016, at 10:30 a.m., at the offices of Guttilla Murphy Anderson, attorneys for the Trustee, at 5415 E. High St, Ste. 200, Phoenix, Arizona 85054. The examination shall be under oath and recorded electronically. Kenneth Schutt shall also produce the documents set forth in the attached Exhibit "A" no later than October 27, 2016. Pursuant to an Order of the Court, dated August 31, 2016, compliance is mandatory.

Dated this 26th day of October, 2016.

GUTTILLA MURPHY ANDERSON

/s/ Alisan M. B. Patten
Alisan M. B. Patten
Ryan W. Anderson
Attorneys for the Chapter 7 Trustee

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Copy of the foregoing mailed
on October 26, 2016, to:

Dimitri Rozenman
ASPC Tucson, Unit Santa Rita
Inmate #253132 - 2D-4
P.O. Box 24406
Tucson, AZ 85734
Debtor

Kenneth W. Schutt, Jr.
Schutt Law Firm, PLC
9375 E. Shea Blvd., Suite 100
Scottsdale, AZ 85260
Counsel for the Debtor
Statutory Agent for:
Atlantic Cigar, LLC;
TNT Cigars.Com, LLC; and
1040 E. Camelback, LLC

Viktoriya Anthony
4040 E. McDowell Ste. 113
Phoenix, AZ 85008
Statutory Agent for
2826 E. Baseline, LLC

Howard C. Meyers
Meyers Law, PLLC
111 W. Monroe Street, Suite 1700
Phoenix, AZ 85003
Attorney for Jana Sampson

U.S. TRUSTEE
Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

/s/ M. Kay Lucas
2332-001(263833)

# EXHIBIT "A"

## DOCUMENTS TO BE PRODUCED:

1. Complete copy of any and all Promissory Notes (including any attachments, exhibits and amendments), or any other document, reflecting the indebtedness of Debtor to Kenneth Schutt signed by Debtor within four years immediately preceding June 24, 2016 regarding the debts owed by Debtor to Kenneth Schutt that are reflected in Debtor's bankruptcy Schedule D.

2. Complete copy of any Pledge (including any attachments, exhibits and amendments), or any other document, reflecting the transfer of any security interest to Kenneth Schutt, by Debtor, in any property or any assets of Atlantic Cigars, LLC, or in any interest of Debtor in Atlantic Cigars, LLC.

3. Complete copy of any Pledge (including any attachments, exhibits and amendments), or any other document, reflecting the transfer of any security interest to Kenneth Schutt, by Debtor, in any property or assets of TNT Cigars, LLC, or in any interest of Debtor in TNT Cigars, LLC.

4. Complete copy of any Pledge (including any attachments, exhibits and amendments), or any other document, reflecting the transfer of any security interest to Kenneth Schutt, by Debtor, in any property or assets of TNT Cigars.Com, LLC, or in any interest of Debtor in TNT Cigars, LLC.

5. Complete copy of any Pledge (including any attachments, exhibits and amendments), or any other document, reflecting the transfer of any security interest to Kenneth Schutt, by Debtor, in any property or assets of 1040 E. Camelback, LLC, or in any interest of Debtor in 1040 E. Camelback, LLC.

6. Complete copy of any Pledge (including any attachments, exhibits and amendments), or any other document, reflecting the transfer of any security interest to Kenneth Schutt, by Debtor, in any property or assets of 2826 E. Baseline, LLC, or in any interest of Debtor in 2826 E. Baseline, LLC.

7. Complete copy of any Operating Agreement, including amendments, provided to Kenneth Schutt (in his capacity as a lender to Debtor), by Debtor or any other person, or entity, for Atlantic Cigars, LLC; TNT Cigars, LLC; TNT Cigars.com, LLC; 1040 E. Camelback, LLC; or 2826 E. Baseline, LLC.

8. A complete copy of any and all checks, wire transfers, or any other documents evidencing the transfer of funds by Kenneth Schutt to Debtor, or to any of the following entities: Atlantic Cigars, LLC, and/or TNT Cigars, LLC; TNT Cigars.Com, LLC; 1040 E. Camelback, LLC; or 2826 E. Baseline, LLC, in connection with the secured debts owed to Kenneth Schutt, by Debtor, that are reflected in Debtor's bankruptcy Schedule D.

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

9. A complete copy of all documents including but not limited to, Releases, receipts, acknowledgements, emails, texts, correspondence or any other document reflecting payment to Kenneth Schuttt toward the reduction of indebtedness owed by Debtor in connection with the secured debts owed to Kenneth Schutt that are reflected in Debtor's bankruptcy Schedule D.

10. A complete copy of all documents including, but not limited to, emails, texts, and correspondence, between Debtor and Kenneth Schutt discussing the lending of funds, or any loan of funds, by Kenneth Schutt to Debtor in connection with the secured debts owed to Kenneth Schutt that are reflected in Debtor's bankruptcy Schedule D.

11. A complete copy of any document reflecting the cancellation, or reduction, of any indebtedness owed to Kenneth Schutt, by Debtor, in connection with the secured debts owed to Kenneth Schutt that are reflected in Debtor's bankruptcy Schedule D.